UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| KAREN JEAN LUCAS, | ) | CASE NO. 1:08 CV 0075 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| CUYAHOGA COUNTY COMMON | ) | |
| PLEAS COURT, et al., | ) | |
| | ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e). Further, the court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

 */s/Dan Aaron Polster 1/22/08*
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE